U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 4 2017

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WALTER RHODAS GEORGETOWN<br>D.O.C. #127548 | : | CIVIL ACTION NO. 2:16-cv-308<br>SECTION P |
| VERSUS | : | JUDGE TRIMBLE |
| KEITH COOLEY, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the lack of objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Georgetown's complaint be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b) and LR 41.3.

**THUS DONE AND** SIGNED in Alexandria, Louisiana, on this 4th day of January, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE